IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01692-RPM

RANDY WOOD,

        Plaintiff,

v.

JAMES SALYARDS and
TOWN OF SOUTH FORK,

        Defendants.

_____

ORDER DISMISSING COUNT II
_____

Upon review of the Stipulation for Dismissal of Claims Under 42 U.S.C. 1985(2) with Prejudice [10], filed on December 15, 2008, it is

ORDERED that Count II is dismissed with prejudice, each party to bear their own costs and fees associated with said Count II only.

DATED: December 16th, 2008

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge