IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:               March 16, 2009
Courtroom Deputy:   J. Chris Smith
FTR Technician:     Kathy Terasaki

_____

Civil Action No. 08-cv-01692-RPM

RANDY WOOD,                                                      Charles C. Powers

      Plaintiff,

v.

JAMES SALYARDS and                              No appearance
TOWN OF SOUTH FORK,                       Michael C. Wathen

      Defendants
_____

**COURTROOM MINUTES**
_____

**Scheduling Conference**

**10:45 a.m.**     **Court in session.**

Discussion regarding Plaintiff's Motion to Amend and Add Parties Defendant, filed March 12, 2009 [16].
Mr. Wathen states defendant Town of South Fork does not object to plaintiff's motion [16] and Mr. Powers represents that Sara Cook has informed him that defendant Salyards also does not object.

**ORDERED:**    **Plaintiff's Motion to Amend and Add Parties Defendant, filed March 12, 2009 [16], is granted. Plaintiff has ten days to file a revised Amended Complaint.**

Counsel state they do not know who will represent the additional parties.

Discussion regarding case facts, discovery and damages.

**ORDERED:**    **No scheduling order entered.**
                      **Defendants will respond to the Amended Complaint pursuant to the rules.**

**10:55 a.m.**     **Court in recess.**          Hearing concluded. Total time: 10 min.