IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-01692-RPM

RANDY WOOD,

     Plaintiff,

v.

JAMES SALYARDS,
LOWELL HICKS,
DALLAS WARD and
TOWN OF SOUTH FORK,

     Defendants.

---

ORDER GRANTING DEFENDANT SALYARDS' MOTION FOR SUMMARY JUDGMENT

---

Pursuant to the oral findings and conclusions during the hearing today, it is

ORDERED that the motion of Defendant James Salyards for summary judgment is granted and judgment will enter dismissing this action as to him.

Dated:  September 30th, 2009

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge