**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                September 30, 2009
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 08-cv-01692-RPM

RANDY WOOD,                                              Charles C. Powers

      Plaintiff,

v.

JAMES SALYARDS,                                          Sara L. Cook
LOWELL HICKS,                                            Sarah E. McCutcheon
DALLAS WARD and
TOWN OF SOUTH FORK, a Colorado Municipality,             No appearance

      Defendants
_____

### COURTROOM MINUTES
_____

**Hearing on Pending Motions**

**10:00 a.m.      Court in session.**

Court's preliminary remarks.

Discussion between Court and Mr. Powers regarding case claims and defendants.

Mr. Powers states the 1985 claims in the original complaint should be dismissed and the 1983 claims in the Amended Complaint are applicable to the new parties added and all claims alleged in the Amended Complaint are being pursued.

Court states its understanding of the applicable case facts.

10:07 a.m.      Argument by Ms. Cook.

10:14 a.m.      Argument by Mr. Powers.

**ORDERED:      Defendant Salyards' Motion for Summary Judgment, filed July 23, 2009 [26], is granted and defendant Salyards is dismissed.
Defendant Salyards' Motion to Stay Discovery, filed July 23, 2009 [27], is moot.**

**10:27 a.m.      Court in recess.**         Hearing concluded.  Total time: 27 min.