**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-CV-01692-RPM-KMT

**RANDY WOOD**,

      Plaintiffs,

v.

**LOWELL HICKS, DALLAS WARD** and **TOWN OF SOUTH FORK**, a Colorado Municipality,

      Defendants.

---

**ORDER REGARDING STIPULATED MOTION TO AMEND SCHEDULING ORDER**

---

      Upon consideration of the Parties' Stipulated Motion to Amend the Scheduling Order, [46], it is

      ORDERED that the Scheduling Order entered in this matter [Docket Entry #30] will be revised to reflect a discovery cut-off date of January 29, 2010 and a dispositive motion deadline of February 26, 2010.

      **DATED** this 17th day of December, 2009.

                          **BY THE COURT:**

                          **s/Richard P. Matsch**

                          _____
                          Richard P. Matsch, Senior District Judge