UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 08-CV-01692-RPM

RANDY WOOD

    Plaintiff,

v.

LOWELL HICKS, DALLAS WARD and
TOWN OF SOUTH FORK, A Colorado Municipality,

    Defendants.

---

ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL
---

Upon consideration of the parties' Stipulation for Voluntary Dismissal [53], it is

ORDERED that all claims between the parties in this matter are hereby dismissed, with prejudice, each party to pay their own costs and attorney's fees.

DONE AND SIGNED this 17th day of March, 2010.

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge